# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| AURORA LOAN SERVICES, LLC, § | |
| Plaintiff, § | |
| § | |
| V. § | CAUSE NO. 4:12cv202 |
| § | |
| JANET S. LEITNER AND STAN LEITNER § | |
| AND/OR ALL OTHER OCCUPANTS, § | |
| Defendants. § | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On April 13, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that this case be remanded to the County Court at Law #2, Denton County, Texas for further proceedings.

The court has made a *de novo* review of the objections raised by Defendant and is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections are without merit as to the ultimate findings of the Magistrate Judge. The court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court.

Therefore, this case shall be remanded to the County Court at Law #2, Denton County, Texas for further proceedings.

**IT IS SO ORDERED.**

**SIGNED this the 23rd day of August, 2013.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE